(49 South. 992.)

No. 17,702.

STATE v. SEGRETO et al.

(June 19, 1909.)

CRIMINAL LAW (§ 1069*)—APPEAL—TIME OF TAKING.

In a criminal case an appeal taken more than three days after sentence will be dismissed unless it should be made to appear that the taking of the appeal at an earlier date was prevented by the adjournment of the court.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2691–2699; Dec. Dig. § 1069.*]

(Syllabus by the Court.)

Appeal from Juvenile Court, Parish of Orleans; Andrew Hartshorne Wilson, Judge.

John Segreto and others were convicted of selling intoxicating liquors, and appeal. Dismissed.

St. Clair Adams, Dist. Atty., and Albert David Henriques, Jr., Asst. Dist. Atty., for the State.

On Motion to Dismiss.

LAND, J. The defendants were convicted of selling intoxicating liquor to a minor, and were sentenced on May 8, 1909. On May 14, 1909, defendants filed a motion for appeal to the Supreme Court, which was granted. The state has moved to dismiss on the ground that the appeal was taken more than three days after sentence. This motion must prevail. Act No. 108, p. 155, of 1898. It is not pretended that the appellants were prevented from taking their appeal at an earlier date by the adjournment of the court.

Appeal dismissed.